# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

ALEXANDER REJISTRE **PLAINTIFF**

v. CASE NO. 4:24-cv-00425-DPM

ADAM BALL, INDIVIDUALLY **DEFENDANT**

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

COMES the Plaintiff, by and through counsel, Luther Sutter; and for this Notice states:

1. Plaintiff accepts the offer of judgment attached hereto and requests 30 days within which to file a Petition for Fees and Costs so that the parties may negotiate the issue.

                Respectfully submitted,

                Luther Oneal Sutter
                Ark. Bar No. 95031
                SUTTER & GILLHAM, P.L.L.C.
                P.O. Box 2012
                Benton, AR 72018
                501/315-1910 – OFFICE
                501/315-1916 – FACSIMILE
                Attorney for the Plaintiff
                luthersutter.law@gmail.com

By: /s/ Luther Oneal Sutter
     Luther Oneal Sutter, ABN 95031
     *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Luther Sutter, do hereby certify that a true and correct copy of the foregoing pleading was filed electronically through the Court's ECF filing system who will serve a copy of all counsel record:

Jenna Adams

On this the 26th of July, 2024.

                                              By:   */s/ Luther O. Sutter*
                                                         Luther O. Sutter, ARBN # 95031)