IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALEXANDER REJISTRE**                                                      **PLAINTIFF**

v.                              No. 4:24-cv-425-DPM

**ADAM BALL, Individually**                                                **DEFENDANT**

## JUDGMENT

Alexander Rejistre shall have Judgment on his complaint against Adam Ball, individually, for $13,087.88.  This total includes:

| | |
|---|---|
| Offer of Judgment on Liability | $5,500.00 |
| Costs                        + | $ 322.50 |
| Attorney's Fees              + | $7,265.38 |
| Total                          | $13,087.88 |

This Judgment shall accrue interest at 4.22% per annum from today until paid in full.  28 U.S.C. § 1961(a)-(b).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 October 2024